IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DIVISIONS, INC.,
*d/b/a* Divisions Maintenance Group,

Plaintiff,

v.

NEXT INSURANCE US COMPANY,

Defendant.

Case No. 26-11 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 6/5/2026

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**DISTRICT JUDGE**